IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS

Society Insurance,

Plaintiff(s),

v.

Cermak Produce No. 11, Inc. et al,

Defendant(s).

Case No. 1:21-cv-01510
Judge Young B. Kim

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $          ,

which ☐ includes          pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☒ in favor of defendant(s) Cermak Produce No. 11, Inc. et al
and against plaintiff(s) Society Insurance

Defendant(s) shall recover costs from plaintiff(s).

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge          presiding, and the jury has rendered a verdict.
☐ tried by Judge          without a jury and the above decision was reached.
☒ decided by Judge Young B. Kim  on a agreed order [89]

Date:  10/3/2023                                    Thomas G. Bruton, Clerk of Court

                                                    Erin Caswick , Deputy Clerk